This is a distinction without a difference. 21 O.S.1982 Supp., § 1704(2) *defines* Grand Larceny as taking property "from the person of another." In *Wilson v. State*, 637 P.2d 900 (Okl.Cr.1981), we pointed out the fact that a charge of taking property from a person is supported "by proof of a taking from the 'presence', since such proof does not constitute a fatal variance." *Id.* at 902. (Citation omitted).

However, we agree with the appellant's counsel on appeal that the record should accurately reflect the charge which is the basis of a conviction; that being Grand Larceny/Larceny from the Person. Accordingly, the order adjudicating the appellant a delinquent child is AFFIRMED; however, the case is REMANDED to the trial court to correct the record nunc pro tunc in a manner consistent with the views expressed herein.

BRETT, P.J., and PARKS, J., concur.

tion for Rehearing within twenty days from the date the opinion is filed. After considering the Petition for Rehearing, this Court finds that the petition should be granted, the mandate should be withdrawn and the opinion should be withdrawn from publication.

IT IS THEREFORE THE ORDER OF THIS COURT, that the mandate issued in the above styled and numbered appeal on September 30, 1987, shall be withdrawn, the Petition for Rehearing shall be granted and the opinion entered on August 31, 1987, shall be withdrawn from Publication. A new opinion will be filed in lieu of the opinion being withdrawn.

PARKS, J., concurs.

Albert Wesley BROWN, Appellant,

v.

The STATE of Oklahoma, Appellee.

No. F–84–94.

Court of Criminal Appeals of Oklahoma.

Oct. 28, 1987.

Order Recalling Mandate, Allowing Petition for Rehearing and Withdrawing Opinion from Publication.

BRETT, Presiding Judge:

On August 31, 1987, this Court entered an opinion, 742 P.2d 588, in the above styled and numbered appeal. On September 30, 1987, the mandate was issued. Appellant has filed a Petition for Rehearing which the Court considers and waives this Court's Rule requiring the filing of a Peti-

BANK OF OKLAHOMA, CITY PLAZA, Appellee,

v.

Scott MARTIN, Trustee in Bankruptcy for Mid–Region Petroleum, Inc., and Western National Bank of Tulsa, Appellants.

No. 65155.

Court of Appeals of Oklahoma, Division No. 2.

June 2, 1987.

Rehearing Denied Aug. 10, 1987.

Certiorari Denied Oct. 13, 1987.